# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| HEATHER RAKER, *et al.*, | : | Case No. 1:22-cv-54 |
| Plaintiffs, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| AZIYO BIOLOGICS, INC., *et al.*, | : | |
| Defendants. | : | |
| | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court being advised that the parties have settled this civil action in the presence of the U.S. Magistrate Judge;

It is **ORDERED** that all claims in this action are hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date:  11/17/2023

*s/Timothy S. Black*
Timothy S. Black
United States District Judge